**Order entered July 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00199-CR

---

### WILSON ALEXANDER BENITEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1142524-H**

---

## ORDER

Before the Court is appellant Wilson Alexander Benitez's July 28, 2014 pro se motion for review of the trial and appellate records for preparation of a pro se petition for discretionary review. In this motion, appellant states that he is proceeding pro se as an indigent litigant and seeks a copy of the clerk's record, reporter's record, and all relevant police reports.

The Court **DENIES** appellant Wilson Alexander Benitez's July 28, 2014 pro se motion for review of the trial and appellate records for preparation of a pro se petition for discretionary review.

/s/     DOUGLAS S. LANG
JUSTICE